Argued and submitted April 28, fine vacated; order otherwise affirmed May 11, 1988

## JOHN RICKMAN,
*Petitioner,*

*v.*

## OREGON STATE PENITENTIARY,
*Respondent.*

(07-87-386; CA A45613)

754 P2d 33

Gary D. Babcock, Public Defender, Salem, argued the cause and filed the brief for petitioner.

Jan Londahl, Assistant Attorney General, Salem, argued the cause for respondent. On the brief were Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Scott McAlister, Assistant Attorney General, Salem.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

**PER CURIAM**

Petitioner seeks review of a final order of the Superintendent of the Oregon State Penitentiary which found him guilty of violating a disciplinary rule and required him to pay a $200 fine. He contends only that the fine is invalid. We agree. *Watson v. OSP,* 90 Or App 85, 750 P2d 1188 (1988).

Fine vacated; order otherwise affirmed.